# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00198

JOSEPH SANCHEZ

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On January 29, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The Information charges the Defendant with conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. [Doc. 4]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on January 29, 2025. [Doc. 20]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 8]. Objections in this case were due on February 17, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 20]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   March 4, 2025



Frank W. Volk
Chief United States District Judge